United States Bankruptcy Court
Central District of California

FEDERAL HOME LOAN MORTGAGE CORPORATION,
    Plaintiff

Adv. Proc. No. 21-01015-MT

Guzman,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: lfisherC      Page 1 of 1
Date Rcvd: Apr 13, 2021      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Serena Yun, 915 Wilshire Blvd #1650, Los Angeles, CA 90017-2658 |
| dft | + Juan R Nungaray, 14035 Astoria St #130, Sylmar, CA 91342-2908 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | FEDERAL HOME LOAN MORTGAGE CORPORATION |
| dft | | Jennifer Guzman |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nancy J Zamora (TR) | zamora3@aol.com  nzamora@ecf.axosfs.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 2

**FILED & ENTERED**

APR 12 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fisherl    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Juan R Nungaray<br><br><br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  1:21-bk-10345-MT<br>Adv No:   1:21-ap-01015-MT |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Plaintiff(s),<br>v.<br><br>Jennifer Guzman, Juan R Nungaray<br><br>Defendant(s). | **ORDER TO SHOW CAUSE RE REMAND AND NOTICE OF SETTING STATUS CONFERENCE (REMOVED PROCEEDING)**<br><br><br>Date:         May 19, 2021<br>Time:        11:00 a.m.<br>Courtroom: 302 (via ZoomGov) |

    A Notice of Removal was filed with this Court on April 9, 2021. Pursuant to Local Bankruptcy Rule 9027-l(b)(2), notice is hereby given that a status conference will be held on the date and time shown above. **COUNSEL AND ANY PARTY WHO DOES NOT HAVE COUNSEL ARE ORDERED TO APPEAR** to discuss the status of the proceeding and to show cause why the Court should not remand the adversary proceeding pursuant to 28 U.S.C. § 1452(b).

The hearings shall take place using ZoomGov.com, a service that provides simultaneous audioconference and videoconference capabilities. The service is free to participants. Participants will be connected with the courtroom using these technologies but will not be physically present in the Courtroom. Participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

    Videoconference URL:    https://cacb.zoomgov.com/j/1607466272
    Meeting ID:    160 746 6272
    Password:    709633

If a participant is unable to send and receive audio through his/her computer, the participant may appear at the hearing by telephone using the following telephone conference information:

    Telephone Conference No.: 1-669-254-5252 OR 1-646-828-7666
    Meeting ID:    160 746 6272
    Password:    709633

With respect to the status conference, the parties must comply with Local Bankruptcy Rule 7016-1 (a). Any party who wants the Court to remand the adversary proceeding must file and serve its supporting memorandum of points and authorities not later than 28 days after the date of filing of the notice of removal. Any party opposing remand must file and serve its supporting memorandum of points and authorities at least 7 days before the status conference. Any reply may be made orally at the hearing. Failure to file and serve a memorandum of points and authorities timely may be deemed to constitute consent to the Court's determination of these issues.

In accordance with Local Bankruptcy Rule 9027-I(b)(3), the party(ies) who filed the notice of removal must serve a copy of this Order to Show Cause re Remand and Notice of Status Conference on all other parties to the removed action, on any trustee appointed in the bankruptcy case, and on the United States Trustee. Service must be competed no later than 14 days after the date this Order to Show Cause re Remand and Notice of Status Conference was issued and filed.

**FAILURE OF COUNSEL AND ANY PARTY WHO DOES NOT HAVE COUNSEL TO APPEAR AT THE STATUS CONFERENCE AND/OR TO COMPLY WITH LOCAL BANKRUPTCY RULES 7016-1 AND 9027-1 MAY RESULT IN THE COURT TAKING ADVERSE ACTION INCLUDING, BUT NOT LIMITED TO, REMANDING THE ADVERSARY PROCEEDING, DISMISSING THE ADVERSARY PROCEEDING OR ENTERING JUDGMENT AGAINST ANY NON-APPEARING PARTY.**

###

Date: April 12, 2021

Maureen A. Tighe
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER TO SHOW CAUSE RE REMAND AND NOTICE OF SETTING STATUS CONFERENCE (REMOVED PROCEEDING) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.     SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of April 12, 2021, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2.     SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Juan R Nungaray
14035 Astoria St #130
Sylmar, CA 91342

Serena Yun
915 Wilshire Blvd #1650
Los Angeles, CA 90017

☐ Service information continued on attached page

**3.     TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page